**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CF SBC UST 3, LLC | : | No. 292 EAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JOSE CEDENO, ALI S. SHAMAN | : | |
| J.A.C.C. EL BEY | : | |
| | : | |
| | : | |
| PETITION OF: JOSE CEDENO | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.